REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Keith D. Nowak (*pro hac vice* application to be filed)
nowak@clm.com
Jeffrey S. Boxer (*pro hac vice* application to be filed)
boxer@clm.com
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone:  (212) 732-3200
Facsimile:   (212) 732-3232

*Attorneys for Plaintiff Asiana Licensing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ASIANA LICENSING, INC., | Case No. 2:17-cv-4707 |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES** |
| v. | **[F.R.C.P. 7.1 and Civil L.R. 7.1-1]** |
| SABAN BRANDS LLC, | |
| Defendant. | |

1
**CERTIFICATION OF INTERESTED PARTIES**

7994725

1. Pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff Asiana Licensing, Inc.'s stock.

2. Pursuant to Central District of California Civil Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Asiana Licensing, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate potential disqualification or recusal:

    Asiana Licensing, Inc.

    Saban Brands LLC

    Paul Frank Industries LLC

DATED: June 26, 2017    Respectfully submitted,

/s/ Rex Hwang

Rex Hwang
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Tel: (310) 553-3000
Fax: (310) 556-2920
rhwang@glaserweil.com

Keith D. Nowak
Jeffrey S. Boxer
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
nowak@clm.com
boxer@clm.com

*Attorneys for Plaintiff Asiana Licensing, Inc.*