REX HWANG - State Bar No. 221079
rhwang@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Keith D. Nowak (admitted *pro hac vice*)
nowak@clm.com
Jeffrey S. Boxer (admitted *pro hac vice*)
boxer@clm.com
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

*Attorneys for Plaintiff Asiana Licensing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASIANA LICENSING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SABAN BRANDS LLC, <br><br> Defendant. | Case No. 2:17-cv-04707-AB-PLA <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, plaintiff Asiana Licensing, Inc. and its counsel hereby voluntarily dismiss the above-captioned action, in its entirety, with prejudice.

1

**NOTICE OF DISMISSAL**

| | |
|---|---|
| 1  DATED: July 14, 2017 | Respectfully submitted, |
| 2 | |
| 3 | /s/ Rex Hwang |
| 4 | Rex Hwang |
|   | GLASER WEIL FINK HOWARD |
| 5 |     AVCHEN & SHAPIRO LLP |
| 6 | 10250 Constellation Blvd., 19th Floor |
|   | Los Angeles, CA 90067 |
| 7 | Tel: (310) 553-3000 |
| 8 | Fax: (310) 556-2920 |
|   | rhwang@glaserweil.com |
| 9 | |
| 10 | Keith D. Nowak |
|    | Jeffrey S. Boxer |
| 11 | CARTER LEDYARD & MILBURN LLP |
| 12 | Two Wall Street |
|    | New York, New York 10005 |
| 13 | Tel: (212) 732-3200 |
| 14 | Fax: (212) 732-3232 |
|    | nowak@clm.com |
| 15 | boxer@clm.com |
| 16 | |
| 17 | *Attorneys for Plaintiff Asiana Licensing, Inc.* |