UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASIANA LICENSING, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SABAN BRANDS LLC,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-04707-AB-PLA<br><br>[~~PROPOSED~~] **ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: July 18, 2017　　　By: _____
　　　　　　　　　　　　　　　　Hon. André Birotte Jr.
　　　　　　　　　　　　　　　　District Judge

**ORDER OF DISMISSAL**